1  KAREN P. HEWITT
   United States Attorney
2  MARY C. LUNDBERG
   Assistant U. S. Attorney
3  California State Bar No. 120630
   Office of U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-6759
6
   Attorneys for Plaintiff
7  United States of America

FILED

2008 JAN 11 PM 1:46

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ ¥₋⋀⋁≯ _____DEPUTY

8                    UNITED STATES DISTRICT COURT

ORIGINAL

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )    Civil No. '08 CV 0065 LAB NLS
                                         )
12              Plaintiff,               )
                                         )
13        v.                             )    COMPLAINT FOR MONEY DAMAGES
                                         )
14  GREGORY T. LONG,                     )
                                         )
15              Defendant.               )
                                         )
16  _____

17        For its claim against the above-named defendant, the United States of America alleges:

18        1. This court has jurisdiction under 28 U.S.C. § 1345.

19        2. The defendant resides within the court's jurisdiction.

20                         FIRST CAUSE OF ACTION

21        3. Defendant obtained a student loan totaling $2,080.00, which was insured by the U. S.

22  Department of Education ("DOEd") pursuant to 20 U.S.C. § 1071, et seq.

23  ///

24  ///

25  ///

26  ///

27  ///

28  MCL:sh/2008A10267/105

1        4. Defendant defaulted and the original lender applied to a guaranty agency for reimbursement

2    of its guaranteed loan.  On or about April 15, 1993, this claim was paid by the agency which assumed

3    all the lender's rights upon the insured loan.  Thereafter, on or about August 5, 2003, DOEd assumed

4    all rights to the claim from the guaranty agency.

5        5. Pursuant to 34 C.F.R. § 682.202 and/or terms of the promissory note the holder(s) capitalized

6    accrued interest of $141.53 thereby increasing the balance due to $2,316.84 principal.

7    <u>SECOND CAUSE OF ACTION</u>

8        6. Defendant obtained a student loan totaling $2,625.00 which was insured by DOEd pursuant

9    to 20 U.S.C. § 1071, <u>et seq</u>.

10       7. Defendant defaulted and the original lender applied to a guaranty agency for reimbursement

11   of its guaranteed loan.   On or about September 15, 1993, this claim was paid by the agency which

12   assumed all the lender's rights upon the insured loan.  Thereafter, on or about August 5, 2003, DOEd

13   assumed all rights to the claim from the guaranty agency.

14       8. Pursuant to 34 C.F.R. § 682.202 and/or the terms of the promissory note the holder(s)

15   capitalized accrued interest of $174.87 thereby increasing the balance due to $2,974.74 principal.

16       9. Although demand has been made, defendant has paid no part of the debt.

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28

2

1    WHEREFORE, plaintiff prays for:

2    1.  Judgment against defendant as to the First Cause of Action in the amount of $2,316.84

3    principal, plus interest at 9.34 percent per annum from April 15, 1993, to the date of entry of judgment.

4    2.  Judgment against defendant as to the Second Cause of Action in the amount of $2,974.74

5    principal, plus interest at 8.00 percent per annum from September 15, 1993, to the date of entry of

6    judgment.

7    3.  Interest after judgment at the then-current legal rate, compounded annually until paid in full,

8    pursuant to 28 U.S.C. § 1961(b).

9    4.  Costs of processing and handling this claim pursuant to 31 U.S.C. § 3717(e)(1).

10   5.  Penalty charges pursuant to 31 U.S.C. § 3717(e)(2).

11   6.  Filing fees allowed pursuant to 28 U.S.C. § 2412(a)(2).

12   7.  Costs of suit.

13   8.  Such other relief as the court deems proper.

14   DATED:  1-11-08

15                                               CAROL C. LAM
16                                               United States Attorney

17
18                                               MARY C. LUNDBERG
                                                 Assistant U.S. Attorney

19

20

21

22

23

24

25

26

27

28
                                                    3

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Karen P. Hewitt, U.S. Attorney
Mary C. Lundberg, Assistant U.S. Attorney
880 Front Street, Room 6293
San Diego, CA  92101-8893  (619) 557-6759

### DEFENDANTS

FILED

2008 JAN 11  PM 1:48

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

County of Residence of First Listed Defendant Gregory Aldana
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

BY _____ KNH DEPUTY

Attorneys (If Known)

**'08 CV 0065 LAB NLS**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

X 1  U.S. Government Plaintiff
2  U.S. Government Defendant
3  Federal Question (U.S. Government Not a Party)
4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)

(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

(full form checklist — IX 152 Recovery of Defaulted Student Loans (Excl. Veterans) marked)

## V. ORIGIN (Place an "X" in One Box Only)
X 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 20 U.S.C. § 1071, et seq. on Defaulted Student Loans

## VII. REQUESTED IN COMPLAINT:
DEMAND $ $5,291.58   JURY DEMAND: Yes  ☑ No

## VIII. RELATED CASE(S) IF ANY

DATE 1-11-08   SIGNATURE OF ATTORNEY OF RECORD  Mary C. Lundberg, Asst. U.S. Attorney

FOR OFFICE USE ONLY
RECEIPT # Waived