OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

FILED
2008 JAN 11 PM 1:50
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ Knk _____ DEPUTY

USA

V.

GREGORY T. LONG

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**'08 CV 0065 LAB NLS**

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KAREN P. HEWITT, U.S. ATTORNEY
MARY C. LUNDBERG, Assistant U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

JAN 11 2008
DATE

(By) DEPUTY CLERK