1  KAREN P. HEWITT
   United States Attorney
2  MARY C. LUNDBERG
   Asst. U.S. Attorney
3  California State Bar No.120630
   Office of U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-6759
6
   Attorneys for Plaintiff
7  United States of America

FILED

2008 FEB 14  AM 10:18

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY T. LONG,<br><br>　　　　Defendant. | Civil No. 08CV0065-LAB(NLS)<br><br>JOINT MOTION FOR ENTRY<br>OF CONSENT JUDGMENT |

Plaintiff, United States of America, by its undersigned attorneys, and defendant, Gregory T. Long, stipulate as follows:

Defendant is indebted to the United States as to the first cause of action is:

```
Principal                              $2,175.31
Interest at the rate of 8.20%           1,937.14
   per annum from 04-14-93            _____
SUBTOTAL                               $4,112.45
```

The amount owing as to the second cause of action is:

```
Principal                              $2,799.87
Interest at the rate of 8.17%           2,648.11
   per annum from 09-14-93            _____
SUBTOTAL                               $5,447.98
```

///

MCL:sh/2008A10252

The total owing on the two causes of action is:

| | |
|---|---|
| Principal | $4,975.18 |
| Interest | 4,585.25 |
| Costs of processing and handling pursuant to 31 U.S.C. § 3717(e)(1) | 350.00 |
| Filing fees allowed pursuant to 28 U.S.C. § 2412(a)(2) | |
| GRAND TOTAL | $9,910.43 |

Judgment by consent as stated above may be entered against defendant, by reason of defendant's default in repayment of federally insured student loans.

Post-judgment interest will accrue at the current legal rate in effect on the date of entry of judgment and will be compounded annually until paid in full pursuant to the provisions of 28 U.S.C. § 1961(b).

DATED: 2-7-08

KAREN P. HEWITT
United States Attorney

MARY C. LUNDBERG
Assistant U. S. Attorney

DATED: 2/6/08

GREGORY T. LONG
Defendant