```
 1 | KAREN P. HEWITT
   | United States Attorney
 2 | MARY C. LUNDBERG
   | Asst. U.S. Attorney
 3 | California State Bar No. 120630
   | Office of U.S. Attorney
 4 | Federal Office Building
   | 880 Front Street, Room 6293
 5 | San Diego, California 92101-8893
   | Telephone: (619) 557-6759
 6 |
 7 | Attorneys for Plaintiff
   | United States of America
```

FILED

2008 FEB 14 AM 10:18

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 08CV0065 LAB (NLS) |
| Plaintiff, | ) | |
| v. | ) | CONSENT JUDGMENT |
| GREGORY T. LONG, | ) | |
| Defendant. | ) | |

Pursuant to the stipulation for entry of consent judgment filed by the parties and good cause appearing therefor,

The amount owing as to the first cause of action is:

| | |
|---|---|
| Principal | $2,175.31 |
| Interest at the rate of 8.20% per annum from 04-14-93 | 1,937.14 |
| SUBTOTAL | $4,112.45 |

The amount owing as to the second cause of action is:

| | |
|---|---|
| Principal | $2,799.87 |
| Interest at the rate of 8.17% per annum from 09-14-93 | 2,648.11 |
| SUBTOTAL | $5,447.98 |

| | |
|---|---|
| Costs of processing and handling pursuant to 31 U.S.C. § 3717(e)(1) | 350.00 |
| Filing fees allowed pursuant to 28 U.S.C. § 2412(a)(2) | |
| GRAND TOTAL | $9,910.43 |

3

08CV0065-LAB

1  IT IS FURTHER ORDERED that interest at the current legal rate will accrue upon entry of judgment
2  and will be compounded annually until paid in full, pursuant to 28 U.S.C. § 1961(b).
3  DATED: 2-11-08

*/s/ Larry A. Burns*
Judge of the District Court