1

2                    UNITED STATES DISTRICT COURT

3                  SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 28  PM 2: 28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

4

UNITED STATES OF AMERICA                    )        Civil No. 08CV0065-LAB

5                                            )
                                             ) BY:      CP        DEPUTY
6                        Plaintiff,          )

                v.                           )        P R A E C I P E
7                                            )
GREGORY T. LONG,                             )
8                        Defendant.          )
                                             )

9   _____

10  TO THE CLERK:

11          Please issue an Abstract of Judgment.

12

13                                  Sonia Herrera
                                    Legal Assistant
14                                  Ext. 557-6352

15  Date issued: 2/28/08

16

17

18

19

20

21

22

23

24

25

26

27

28